```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LASHES BY KATIE, LLC, et al.,

               Plaintiffs,

- against -

LEND BUG, LLC, et al.,

               Defendants.

25 CV 6250 (VM)

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

    The Clerk's Certificate of Default as to defendants Lend Bug, LLC, et al. ("Defendants") entered on October 3, 2025 (see Dkt. No. 28) is hereby vacated pursuant to Fed. R. Civ. P. § 55(c), as Defendants have shown good cause. Plaintiffs Lashes by Katie, LLC, et al. are ordered to respond by letter to the issues raised in Defendants' pre-motion letters filed on October 1, 2025 (see Dkt. Nos. 24, 25) within seven (7) calendar days of this order pursuant to this Court's Individual Practices Rule II.B.

**SO ORDERED.**

Dated:    7 October 2025
            New York, New York

                                            Victor Marrero
                                            U.S.D.J.