```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LASHES BY KATIE, LLC,

                Plaintiff,

    - against -

LEND BUG, LLC, et al.,

                Defendants.

25 CV 6250 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court is in receipt of the October 22, 2025, letter that Defendants in the above-captioned matter submitted regarding an anticipated motion to dismiss. (See Dkt. No. 41.) Having reviewed the parties' pre-motion letters, the Court is not persuaded that a pre-motion conference is necessary at this time. Accordingly, the Court directs the parties to advise whether they consent for the Court to deem the pre-motion letters to constitute a fully briefed motion and rule on the basis of those letters, or whether the parties request supplemental briefing.

    If the parties request supplemental or full briefing, they shall submit a proposed briefing schedule within one (1) week of the date of this Order.

**SO ORDERED.**

Dated:    23 October 2025
            New York, New York

                                              Victor Marrero
                                              U.S.D.J.