**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/26

LASHES BY KATIE, LLC, and THU SUONG DONG,

Plaintiffs,

- against -

LEND BUG, LLC, LENDBUG 2, LLC, and CYNTHIA KOLB,

Defendants.

**25 CV 6250 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of letters concerning a contemplated motion as between Defendants Lend Bug, LLC, Lendbug2, LLC, and Cynthia Kolb (collectively, "Defendants") Plaintiffs Lashes by Katie, LLC and Suong Dong (collectively, "Plaintiffs") (together, the "Parties"). The Court is in receipt of Plaintiffs' June 5, 2026, pre-motion letter concerning its contemplated motion to dismiss Defendants' counterclaims (see Dkt. No. 60) and Defendants' June 12, 2026, letter response (see Dkt. No. 61).

On September 2, 2026, this Court ordered the Parties to inform the Court whether they consent for the Court to deem the pre-motion letters to constitute a fully briefed motion

to dismiss and rule on the basis of those letters. (See Dkt. No. 62.) The Court is in receipt of Defendants' letter (see Dkt. No. 63) and Plaintiffs' letter (see Dkt. No. 64) responding to the Court's Order.

Upon mutual consent of the Parties, the Court deems the pre-motion letters (see Dkt. Nos. 60 and 61) to constitute a fully briefed motion to dismiss Defendants' counterclaims and opposition thereto and will rule on the basis of those letters.

**SO ORDERED.**

Dated: 8 September 2026
New York, New York

Victor Marrero
U.S.D.J.